

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2021

No. 04-20-00126-CV

Gabriel **CANTU,**
Appellant

v.

**C & W Ranches, Ltd.,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 180361CVA
Honorable Jessica Crawford, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice (dissenting)
             Liza A. Rodriguez, Justice

Appellee C & W Ranches, Ltd.'s motion for rehearing is DENIED.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court